UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JENE PATRICE THOMAS,** | **CIVIL ACTION NO. 2:23-CV-03505-EEF-KWR** |
| **Plaintiff** | |
| **VERSUS** | **JUDGE ELDON E. FALLON, SECTION "L"** |
| **ENRICHED SCHOOLS,** | **MAGISTRATE KAREN WELLS ROBY,** |
| **Defendant** | **DIVISION 4** |

### DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Enriched Schools ("Defendant") respectfully submits the following Corporate Disclosure Statement. The undersigned counsel of record for Defendant certifies as follows:

Enriched Schools is the registered trade name of Revolving Enrichment, LLC. Revolving Enrichment, LLC states its parent entity is Source 4 Solutions, LLC. No publicly held corporation owns 10% or more of Revolving Enrichment, LLC's stock.

*/s/ Caroline Donze*
Caroline Donze, La. Bar No. 38195
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
701 Poydras Street, Suite 3500
New Orleans, LA 70139
Telephone: 504.648.2608
Email: caroline.donze@ogletreedeakins.com

*Attorney for Defendant Enriched Schools*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been filed via the Court's Electronic Filing System, and that Plaintiff, appearing *pro se*, has been served via U.S. Mail at the following address:

Jene Patrice Thomas
7424 Malvern Dr.
New Orleans, LA 70126

This 15th day of December, 2023.

                 */s/ Caroline Donze*
                 Caroline Donze